UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BETH ANN SCHMIDT,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

Case No. 1:18-cv-1431

Hon. Ray Kent

## JUDGMENT

In accordance with the Opinion filed this date, the decision of the Commissioner is **AFFIRMED**.

**IT IS SO ORDERED**.

Dated: March 30, 2020

/s/ Ray Kent
United States Magistrate Judge